**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 147 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 1056 |
| | : | EDA 2016 entered on December 16, |
| | : | 2016, **affirming and reversing** the |
| CLIFFORD MARK FOSS, | : | Judgment of Sentence of the |
| | : | Northampton County Court of Common |
| Petitioner | : | Pleas at Nos. CP-48-CR-0003900-2014 |
| | : | and CP-48-CR-0003901-2014 entered |
| | : | on August 28, 2015 |

## ORDER

**PER CURIAM**                                    **DECIDED:  September 6, 2017**

**AND NOW**, this 6th day of September,  2017, the petition for allowance of appeal is **GRANTED**, limited to the issue of RRRI eligibility, and the order of the Superior Court is reversed.  *See Commonwealth v. Cullen-Doyle*, 2017 WL 3097766 (Pa. July 20, 2017).

The petition is denied as to all other issues.